UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AARON JOLO,** | : | CIVIL NO.4:15-CV-1845 |
| **Petitioner,** | : | (Judge Brann) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **ATTORNEY GENERAL,** | : | |
| **Respondent.** | : | |

## MEMORANDUM ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This federal habeas corpus petition involves a Liberian national who is facing removal from the United States, has filed a petition for writ of habeas corpus. That petition indicates that Jolo came into immigration custody in November 2014, and was ordered removed in January, 2015, but remains in immigration detention pending removal. We entered a scheduling order in this case which directed that on or before **Monday, December 7, 2015**, the Respondents were to file a status report with the court indicating the status of Jolo's removal and whether the Respondents have elected to have an Immigration Judge make an individualized bail determination. The parties were also to report on this date regarding whether they believed that a further hearing is necessary.

1

We have now received the Respondents' Status Report which reveals that the Liberian government has issued travel documents for Jolo. (Doc. 18.) In light of this Report we deem an evidentiary hearing to be unnecessary since the issuance of the travel document addressees the open factual question which we had regarding the foreseeability of Jolo's removal. Therefore, the oral argument and bail or detention hearing tentatively scheduled on **December 18, 2015 at 11:00 a.m.** in Courtroom 5, United States Courthouse, Harrisburg, Pennsylvania, is CANCELLED. The Petitioner may, however, submit any final supplemental information or argument he wishes for us to consider on or before **December 15, 2015.**

So ordered this 9th day of December, 2015.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
