IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARON JOLO, | : | No. 4:15-cv-01845 |
| | : | |
| Petitioner, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| ATTORNEY GENERAL, | : | |
| | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 6th day of July, 2016, the Government having reported to the Court regarding a change in Petitioner's status and both parties having been afforded leave to address said change, **IT IS HEREBY ORDERED** that:

1. In light of <u>Chavez-Alvarez v. Warden York County Prison</u>, 783 F.3d 469 (3d Cir. 2015), United States Immigration and Customs Enforcement shall provide Petitioner with an individualized bond hearing before an immigration judge within a reasonable period of time to determine whether Petitioner's continued detention is necessary to fulfill the

- 1 -

purposes of ensuring that the he attends removal proceedings and that his release will not pose a danger to the community.

2. The Government should bear the burden at this hearing of presenting evidence and proving that continued detention is necessary to fulfill the purposes of the detention statute.

3. The immigration court shall retain jurisdiction over any challenge to the immigration judge's substantive bond decision through the Board of Immigration Appeals before any such challenge to the immigration judge's decisions may be raised with this Court.

4. The Report and Recommendation of Chief United States Magistrate Judge Martin C. Carlson, ECF No. 21, is ADOPTED IN FULL to the extent that it is consistent with the foregoing.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge